UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| ANITA GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:12-CV-276 |
| | ) | COLLIER/CARTER |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

I. Introduction

Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28

U.S.C. §2412(d) (Doc. 16), is before the undersigned having been referred by the District Court for a

report and recommendation pursuant to 28 U.S.C. §636(b) and Fed. R. Civ. P. 72(b).

II.   Discussion

In order to recover attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C.

§2412(d), four conditions must be met:

(1)    The plaintiff must be a prevailing party;

(2)    The application for attorney's fees, including an itemized justification for the

amount requested, must be filed within 30 days of the final judgment in the

action;

(3)    No special circumstances warranting denial of fees may exist;

(4)    The government's position must be without substantial justification.

28 U.S.C. §2412(d); *see also*, *Damron v. Commissioner of Social Security*, 104 F.3d 853, 855 (6th

Cir. 1997).

1

In the instant case, the Commissioner responds in opposition arguing the hours billed are not reasonable and include clerical tasks which are not compensable (Doc. 23). Plaintiff in reply asserts the time spent is reasonable and that time claimed for counsel's paralegal's work is not merely compensated. For the reasons set out in the Reply (Doc. 24), I recommend attorney's fees be allowed in the amount of $8,043.90, plus $400.00 for paralegal fees and filing fees of $350.00 for a total award of $8,793.90.

### III. Conclusion

Accordingly, it is RECOMMENDED plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), be GRANTED. [1]

It is further RECOMMENDED that plaintiff be awarded attorney's fees, paralegal fees and filing fees in the total amount of $8,793.90.

S /William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE

---

[1]Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 88 L.Ed.2d 435, 106 S.Ct. 466 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive or general. *Mira v. Marshall*, 806 F.2d 636 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370 (6th Cir. 1987).