UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANITA GAINES ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:12-CV-276 |
| v. ) | |
| ) | Collier/Lee |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Now before the Court is Plaintiff Anita Gaines's ("Plaintiff")'s motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 16), to which the Social Security Commissioner ("Defendant") responded (Court File No. 23). On January 14, 2014, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 26). In the R&R, Judge Carter recommended Plaintiff's motion for attorney's fees be granted and Plaintiff's attorney be awarded in the amount of $8,043.90, plus $400.00 for paralegal fees and filing fees of $350.00 for a total award of $8,793.90. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R (Court File No. 26). Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 16) and **AWARDS** Plaintiff a total amount of $8,793.90 for his attorney's and paralegal fees and costs to be paid in a manner consistent with 28 U.S.C. § 2412.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**